[No. 7647–1–II.   Division Three.   July 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LOWELL ALAN DERBY, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 83–1–00719–4, James D. Ladley, J., entered February 3, 1984. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Thompson, J.

[Nos. 7711–6–II; 7878–3–II.   Division Three.   July 9, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. EDMUND MICHAEL DUNN, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT W. CARLSON, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 83–1–01572–5, D. Gary Steiner, J., entered March 12 and May 1, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7176–6–III.   Division Three.   July 10, 1986.]

GARY CIRCLE, ET AL, *Respondents,* v. KATHRYN R. MOORE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–2–01306–1, Cameron K. Hopkins, J., entered May 10, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.